UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   15-cr-00037-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARON JOHN RADEJ,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 3, 2015**, and responses to these motions shall be filed by **Wednesday,  August 12, 2015.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, August 17, 2015, at 9:00 a.m.** in Courtroom A-1002.  Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing or final trial preparation conference needs to be set.

Dated:  July 15, 2015.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge